FILED

FEB 12 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              )<br>    Plaintiff,   )<br>              )<br>    v.        )<br>              )<br>ISMAEL AMBROCIO-GARCIA,   )<br>              )<br>    Defendant.   )<br>_____ ) | Criminal Case No. 08CR0345-DMS<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 111(a)(1)-<br>Assault on a Federal Officer<br>(Felony) |

The United States Attorney charges:

On or about January 13, 2008, within the Southern District of California, defendant ISMAEL AMBROCIO-GARCIA knowingly and intentionally did forcibly assault, resist, oppose, impede, and interfere with Department of Homeland Security, Customs and Border Protection, Border Patrol Agent M. J. Spear while he was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1).

DATED: February 12, 2008.

KAREN P. HEWITT
United States Attorney

_____ W. MARK CONOVER
Assistant U.S. Attorney

WMC:lml:1/24/08