IAO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ISMAEL AMBROCIO-GARCIA | |

CASE NUMBER: 08CR245 DMS

I, <u>ISMAEL AMBROCIO-GARCIA</u>, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 111(a)(1) - Assault on a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on 2-12-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ISMAEL AMBROCIO-GARCIA
Defendant

_____
RICARDO M. GONZALEZ
Counsel for Defendant

Before _____
JUDICIAL OFFICER

WMC:lml:1/23/08